In the Matter of the Probate of the Paper Propounded as the Will of MARY SNELLING, Deceased.

(Submitted January 31, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 14, 1894, which affirmed a decree of the Surrogate's Court of Suffolk county admitting to probate the will of Mary Snelling, deceased.

*L. R. Beckley* for appellants.

*Thomas Young* for respondents.

Agree to affirm, with costs to the executor payable out of the estate ; no opinion.
All concur.
Judgment affirmed. _____

In the Matter of the Judicial Settlement of the Accounts of CAROLINE E. PERKINS, as Executrix, etc.*

(Argued February 4, 1895; decided February 26, 1895.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 12, 1894, which affirmed a decree of the Surrogate's Court of the county of New York settling the accounts of Caroline E. Perkins, as executrix, etc.

*George C. Lay* for appellants.

*Edward S. Rapallo* for respondents.

Agree to affirm on opinion below.
All concur, except BARTLETT, J., not voting.
Judgment affirmed.

_____

*Reported below, 75 Hun, 129.